**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 23, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00705-CV

## IN THE INTEREST OF A.A.A., A CHILD

**On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2015-50346**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 22, 2018. On August 16, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Busby.